IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SANJUAN CORTEZ TAYLOR, ) | |
| AIS # 00277912 ) | |
|    Petitioner, ) | |
| ) | CIVIL ACTION NO. 14-00471-WS |
| v. ) | |
| ) | CRIMINAL ACTION NO. 13-00243-WS-N |
| UNITED STATES OF AMERICA, ) | |
|    Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations (Doc. 33[1]) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated May 10, 2016, and is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Sanjuan Cortez Taylor's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 29) is **DENIED** and **DISMISSED with prejudice**, that his duplicate § 2255 motion (Doc. 31) is **MOOT**, and that Taylor is <u>not</u> entitled either to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 6th day of June, 2016.

                                    <u>s/WILLIAM H. STEELE</u>
                                    **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] All "Doc." citations herein refer to the docket of the above-styled criminal action.